

AO 94 (Rev. 12/03) Commitment to Another District

APR 23 2009

# UNITED STATES DISTRICT COURT
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| EASTERN | District of | CALIFORNIA |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>*MARIBEL GARZA FELIPE* | | **COMMITMENT TO ANOTHER DISTRICT** |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | *1:09-mj-00081 GSA* | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment ☐ Information ☐ Complaint ✔ Other (specify) *Failure to Appear*
charging a violation of U.S.C. §

**DISTRICT OF OFFENSE:** *Southern District of California*

**DESCRIPTION OF CHARGES:** *Failure to Appear in Court on 12/08/2008 at 09:00 am before Judge Hayes For Accept Plea and Sentencing.*

**CURRENT BOND STATUS:**
☐ Bail fixed at $ and conditions were not met
✔ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel ✔ Federal Defender Organization ☐ CJA Attorney ☐ None

Interpreter Required? ✔ No ☐ Yes Language:

**EASTERN DISTRICT OF CALIFORNIA**

TO: THE UNITED STATES MARSHAL
You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/23/09
Date

Magistrate Judge Gary S. Austin

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |